## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| LIFEBACK RECOVERY CENTER, PLLC, on behalf of plaintiff and the class members defined herein, <br><br> Plaintiff, <br><br> v. <br><br> SPECIFIC WASTE INDUSTRIES, LLC, and JOHN DOES 1-10, <br><br> Defendants. | Case No. 18-cv-719 |

## JOINT STIPULATION FOR DISMISSAL

Plaintiff Lifeback Recovery Center, PLLC and Specific Waste Industries, LLC hereby stipulate to the dismissal of Plaintiff's claims against Defendant without prejudice and without costs.

Respectfully submitted,

**PLAINTIFF**
/s/Dulijaza Clark
*Attorney for Plaintiff*

Daniel A. Edelman
Cathleen M. Combs
Dulijaza Clark
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 S. Clark Street, Ste 1500
Chicago, IL 60603
(312) 739-4200
dedelman@edcombs.com
ccombs@edcombs.com
dclark@edcombs.com
courtecl@edcombs.com

**DEFENDANT**
/s/Jeffrey S. Moad (Signed with Permission)
*Attorney for Defendant*

Jeffrey S. Moad
STITES & HARBISON, PLLC
400West Market Street, Suite 1800
Louisville, KY 40202-3352
Telephone:(502) 587-3400
E-Mail: jmoad@stites.com

Zachary Taylor
TAYLOR COUCH, PLLC
130 St Matthews Ave #301
Louisville, KY 40207
ztaylor@taylotcouchlaw.com
(502) 625-5000

## **CERTIFICATE OF SERVICE**

  I, David Kim, hereby certify that on Wednesday, February 27, 2019, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, which caused to be served a true and accurate copy of such filings via email upon all counsel of record.

                  /s/Dulijaza Clark
                  Dulijaza Clark

Daniel A. Edelman
Cathleen M. Combs
Dulijaza Clark
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 S. Clark Street, Ste 1500
Chicago, IL 60603
(312) 739-4200
courtecl@edcombs.com